IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VARUN ARORA,<br><br>*Defendant*. | Case No. 1:25-mj-445 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND SUMMONS

I, Marc Esposito, being duly sworn, depose and state:

1. Your affiant, Marc Esposito, is a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Washington Field Office (WFO). I have been a Special Agent since February of 2019, during which time I have investigated criminal violations involving international terrorism, domestic terrorism, and crimes aboard aircraft. As a Special Agent, I am authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of violations of federal criminal laws. Since February 2019, I have been assigned to the WFO of the FBI, where I investigate violations of federal law that occur within the airport environment and onboard aircraft. I am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code, and have conducted numerous investigations into offenses that have occurred on aircraft, including assaults.

2. This Affidavit is submitted in support of a criminal complaint and summons for VARUN ARORA ("ARORA"), who, within the special maritime and territorial jurisdiction of the United States, knowingly engaged in sexual contact with another person without that person's permission,

in violation of Title 18, United States Code, Section 2244(b), Abusive Sexual Contact, and Title 49, United States Code, Section 46506.

3. The facts set forth in this Affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This Affidavit contains information necessary to support probable cause and is not intended to include every fact or matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4. The FBI was contacted by the Metropolitan Washington Airports Authority Police Department ("MWAAPD"), regarding an alleged sexual assault that occurred onboard American Airlines Flight 1759 ("AA1759"), in the special aircraft jurisdiction of the United States, with direct service from Rhode Island T.F. Green International Airport ("PVD") to Ronald Reagan Washington National Airport ("DCA") on August 29, 2024.

5. The victim (hereinafter "V-1") and ARORA were seated in the twentieth row of the plane, a six-seat row with three seats on either side of the aisle. V-1 sat in the aisle seat numbered 20D; ARORA sat in the center seat numbered 20E.

6. During the flight's descent into DCA, V-1 was asleep, and awoke to ARORA's hand between her legs touching her near her genital area. V-1 grabbed ARORA's hand to shove it off of V-1's body. V-1 then inched forward to sit as far away from ARORA as possible in the seat as the plane was landing. ARORA pretended to be asleep and pretended to keep sleeping.

7. Despite her change in position and the fact that ARORA was pretending to be asleep, ARORA again touched V-1, this time placing his hand on V-1's backside and rubbing her buttocks. V-1 threw ARORA's hand off again, and ARORA awoke as the plane landed. V-1 took a photograph of him and then quickly attempted to gather her belongings and deplane. V-1 told the

person who picked her up from the airport about the incident and reported it to American Airlines the following day.

8. On or about September 30, 2024, American Airlines responded to legal process which identified the individual seated in 20E on AA Flight 1759 as VARUN ARORA. The response also confirmed that V-1 was seated in 20D. Your affiant has reviewed a driver's license photograph of ARORA, as well as the photograph provided by V-1, and they all appear to depict the same individual.

## **CONCLUSION**

9. Based upon the foregoing, I submit there is probable cause to believe that on or about August 29, 2024, in the Eastern District of Virginia, the defendant, VARUN ARORA, on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines Flight 1759 flying nonstop from PVD to DCA, did commit abusive sexual contact by knowingly engaging in sexual contact with another person without that person's permission, in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506.

Respectfully submitted,

Marc A Esposito

Marc Esposito
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 8, 2025.

The Honorable William P. Porter
United States Magistrate Judge
Alexandria, Virginia