# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Varun Arora<br>*Plaintiff*<br>v.<br>United States of America<br>*Defendant* | )<br>)<br>)  Case No. 1:25-mj-00445-WBP<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/11/2025

/s/ Madison Mumma
*Attorney's signature*

Madison Mumma, NC Bar. No. 56546
*Printed name and bar number*

2100 Jamieson Ave.
Alexandria, VA 22314

*Address*

madison.mumma2@usdoj.gov
*E-mail address*

(202) 913-4794
*Telephone number*

(703) 299-3980
*FAX number*