IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VARUN ARORA,<br><br>*Defendant*. | Case No. 1:25-mj-445 |

**CONSENT MOTION TO EXTEND TIME FOR INDICTMENT**

The United States of America, by and through undersigned counsel, with the consent of the defendant through his counsel, respectfully moves the Court to extend the time to indict this case through and including October 20, 2025. In support thereof, the government states as follows:

1. A complaint was filed in the Eastern District of Virginia on August 8, 2025, charging the defendant with abusive sexual contact on an aircraft within the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506.

2. A summons was then issued and the defendant's initial appearance was scheduled for August 21, 2025. Though counsel appeared on his behalf, the defendant waived his appearance.

3. The defendant's preliminary hearing is currently set for September 8, 2025.

4. The Speedy Trial Act requires that the defendant be indicted within thirty days of the defendant's arrest or summons after subtracting all excludable time, including the time any pretrial motions are pending. 18 U.S.C. § 3161(h)(1)(D). The government's estimate of the current deadline to indict this case is September 20, 2025.

5. The government has already produced nearly all discovery to the defense and anticipates issuing a plea offer before the September 8 preliminary hearing. The parties seek additional time to negotiate a pre-indictment resolution and allow entry of a plea, while taking account

of the schedule of the Court and the grand jury.

6.    The United States, with the consent of the defendant, requests that the deadline to indict this case be extended by 30 days to October 20, 2025. Such an extension would be in the best interests of justice in that it would give the defense the opportunity to review discovery and consider a possible pre-indictment plea agreement.

7.    The United States has advised counsel for the defendant of the filing of this motion, and the defendant has consented to its filing and the proposed extension.

WHEREFORE, the United States requests that the time to indict this case be extended to and including October 20, 2025, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, United States Code, Section 3161(h). A proposed order is attached to this Motion.

    Respectfully submitted,

    Erik S. Siebert
    United States Attorney


By:     /s/
    Madison H. Mumma
    Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I filed the foregoing with the Office of the Clerk of Court electronically using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

                                               /s/
                                       Madison H. Mumma
                                       Special Assistant United States Attorney
                                       Eastern District of Virginia
                                       2100 Jamieson Avenue
                                       Alexandria VA 22314
                                       Tel: (202) 913-4794
                                       Email: madison.mumma2@usdoj.gov